IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

DANIEL ROMAN-GARCIA,

          Defendant.

8:11CR72

ORDER FOR DISMISSAL

This matter is before the Court on Plaintiff's Motion to Dismiss, Filing 145, the criminal Indictment without prejudice against Daniel Roman-Garcia. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss, Filing 145, is granted; and

2. The criminal Indictment, Filing 18, is dismissed without prejudice.

Dated this 26th day of September, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge